AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchwald, Naomi R. | SOUTHERN DISTRICT OF NEW YORK | 08/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Solo Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buchwald, Naomi R.** | 08/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | B | Interest | P1 | T | | | | | |
| 2. Vanguard (IRA) | A | Dividend | | | | | | | |
| 3. -- Prime Money Market Fund | | Dividend | K | T | | | | | |
| 4. Schwab (IRA) | A | Interest | | | | | | | |
| 5. -- Schwab Deposit Account | A | Interest | P1 | T | | | | | |
| 6. -- Apple Common Stock | | None | | | Buy (add'l) | 01/03/18 | M | | |
| 7. | | | | | Sold | 01/30/18 | M | | |
| 8. | | | | | Buy | 04/20/18 | M | | |
| 9. | | | | | Sold | 04/23/18 | M | A | |
| 10. | | | | | Buy | 04/23/18 | M | | |
| 11. | | | | | Sold | 04/26/18 | M | | |
| 12. | | | | | Buy | 07/10/18 | M | | |
| 13. | | | | | Sold | 07/27/18 | M | C | |
| 14. | | | | | Buy | 08/10/18 | M | | |
| 15. | | | | | Sold | 08/16/18 | M | C | |
| 16. | | | | | Buy | 09/11/18 | M | | |
| 17. | | | | | Sold | 09/13/18 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 09/18/18 | M | | |
| 19. | | | | | Buy (add'l) | 09/20/18 | M | | |
| 20. | | | | | Sold (part) | 09/28/18 | M | D | |
| 21. | | | | | Sold | 10/04/18 | M | D | |
| 22. | | | | | Buy | 11/26/18 | N | | |
| 23. | | | | | Sold (part) | 11/26/18 | M | B | |
| 24. | | | | | Sold | 11/27/18 | L | B | |
| 25. -- Alphabet Common Stock Class C [GOOG] | None | | | | Buy | 04/30/18 | O | | |
| 26. | | | | | Sold | 05/04/18 | O | D | |
| 27. | | | | | Buy | 06/19/18 | M | | |
| 28. | | | | | Sold | 06/19/18 | M | B | |
| 29. | | | | | Buy | 06/26/18 | N | | |
| 30. | | | | | Sold | 06/29/18 | N | | |
| 31. | | | | | Buy | 07/02/18 | N | | |
| 32. | | | | | Sold | 07/06/18 | N | D | |
| 33. -- Amazon Common Stock | None | | | | Buy | 02/07/18 | M | | |
| 34. | | | | | Sold | 02/08/18 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 02/08/18 | M | | |
| 36. | | | | | Buy (add'l) | 02/21/18 | N | | |
| 37. | | | | | Sold | 02/27/18 | N | E | |
| 38. | | | | | Buy | 03/13/18 | O | | |
| 39. | | | | | Sold (part) | 03/23/18 | N | | |
| 40. | | | | | Buy (add'l) | 04/05/18 | M | | |
| 41. | | | | | Buy (add'l) | 04/10/18 | M | | |
| 42. | | | | | Buy (add'l) | 04/12/18 | K | | |
| 43. | | | | | Sold (part) | 04/17/18 | M | | |
| 44. | | | | | Sold (part) | 04/18/18 | M | | |
| 45. | | | | | Sold (part) | 04/19/18 | L | B | |
| 46. | | | | | Buy (add'l) | 04/20/18 | N | | |
| 47. | | | | | Sold (part) | 04/26/18 | M | E | |
| 48. | | | | | Buy (add'l) | 05/08/18 | N | | |
| 49. | | | | | Sold (part) | 06/07/18 | N | E | |
| 50. | | | | | Buy | 06/18/18 | N | | |
| 51. | | | | | Sold (part) | 06/18/18 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/20/18 | O | E | |
| 53. | | | | | Buy | 06/21/18 | N | | |
| 54. | | | | | Sold | 06/28/18 | N | | |
| 55. | | | | | Buy | 07/05/18 | N | | |
| 56. | | | | | Sold (part) | 07/06/18 | N | C | |
| 57. | | | | | Buy (add'l) | 07/11/18 | N | | |
| 58. | | | | | Buy (add'l) | 07/25/18 | N | | |
| 59. | | | | | Buy (add'l) | 08/02/18 | O | | |
| 60. | | | | | Sold (part) | 08/30/18 | O | | |
| 61. | | | | | Sold (part) | 09/05/18 | O | | |
| 62. | | | | | Buy (add'l) | 09/11/18 | N | | |
| 63. | | | | | Buy (add'l) | 10/01/18 | N | | |
| 64. | | | | | Buy (add'l) | 10/09/18 | N | | |
| 65. | | | | | Buy (add'l) | 10/10/18 | N | | |
| 66. | | | | | Sold (part) | 10/30/18 | P1 | | |
| 67. | | | | | Buy (add'l) | 11/15/18 | O | | |
| 68. | | | | | Sold (part) | 11/15/18 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/16/18 | N | | |
| 70. | | | | | Buy (add'l) | 11/23/18 | N | | |
| 71. | | | | | Buy (add'l) | 11/26/18 | M | | |
| 72. | | | | | Sold (part) | 11/26/18 | M | A | |
| 73. | | | | | Buy (add'l) | 12/11/18 | N | | |
| 74. | | | | | Sold (part) | 12/12/18 | N | E | |
| 75. | | | | | Sold | 12/14/18 | O | E | |
| 76. | | | | | Buy | 12/19/18 | O | | |
| 77. | | | | | Sold | 12/20/18 | O | | |
| 78. -- Applied Materials Common Stock | | None | | | Buy | 02/21/18 | N | | |
| 79. | | | | | Buy (add'l) | 03/05/18 | N | | |
| 80. | | | | | Buy (add'l) | 03/06/18 | K | | |
| 81. | | | | | Sold (part) | 03/06/18 | N | E | |
| 82. | | | | | Sold | 04/02/18 | K | | |
| 83. | | | | | Buy | 04/18/18 | L | | |
| 84. | | | | | Sold | 04/18/18 | L | A | |
| 85. -- Box Inc. Common Stock | | None | | | Buy | 04/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/27/18 | K | B | |
| 87.  -- Cisco Common Stock | D | Dividend | | | Buy | 01/02/18 | N | | |
| 88. | | | | | Sold | 01/30/18 | N | E | |
| 89. | | | | | Buy | 04/12/18 | M | | |
| 90. | | | | | Sold | 04/17/18 | M | D | |
| 91. | | | | | Buy | 04/27/18 | L | | |
| 92. | | | | | Sold | 04/27/18 | L | A | |
| 93. | | | | | Buy | 07/10/18 | K | | |
| 94. | | | | | Sold | 07/27/18 | K | A | |
| 95. | | | | | Buy | 10/03/18 | N | | |
| 96. | | | | | Sold | 10/31/18 | N | | |
| 97.  -- Facebook Common Stock | | None | | | Buy | 05/14/18 | M | | |
| 98. | | | | | Sold | 06/07/18 | M | B | |
| 99. | | | | | Buy | 06/21/18 | M | | |
| 100. | | | | | Buy (add'l) | 07/09/18 | M | | |
| 101. | | | | | Sold | 07/23/18 | N | D | |
| 102. | | | | | Buy | 07/25/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 07/30/18 | N | | |
| 104. | | | | | Buy | 09/11/18 | M | | |
| 105. | | | | | Buy (add'l) | 09/20/18 | M | | |
| 106. | | | | | Sold (part) | 10/01/18 | M | | |
| 107. | | | | | Sold | 10/04/18 | M | | |
| 108. -- General Electric Common Stock | | None | | | Buy | 01/03/18 | K | | |
| 109. | | | | | Sold | 01/31/18 | K | | |
| 110. -- Home Depot Common Stock | B | Dividend | | | Buy | 01/03/18 | M | | |
| 111. | | | | | Sold | 01/30/18 | M | D | |
| 112. | | | | | Buy | 05/24/18 | M | | |
| 113. | | | | | Buy | 11/15/18 | L | | |
| 114. | | | | | Sold | 11/16/18 | L | A | |
| 115. -- IBM Common Stock | B | Dividend | | | Buy | 01/19/18 | M | | |
| 116. | | | | | Buy | 04/18/18 | L | | |
| 117. | | | | | Sold | 04/19/18 | L | A | |
| 118. | | | | | Buy | 05/10/18 | L | | |
| 119. -- Intel Common Stock | C | Dividend | | | Buy | 02/05/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/26/18 | M | D | |
| 121. | | | | | Sold | 02/27/18 | M | D | |
| 122. | | | | | Buy | 03/05/18 | M | | |
| 123. | | | | | Sold | 03/06/18 | N | D | |
| 124. | | | | | Buy | 03/06/18 | K | | |
| 125. | | | | | Sold | 03/07/18 | K | A | |
| 126. | | | | | Buy | 04/20/18 | L | | |
| 127. | | | | | Sold | 04/23/18 | L | A | |
| 128. | | | | | Buy | 04/27/18 | M | | |
| 129. | | | | | Sold | 05/01/18 | M | | |
| 130. | | | | | Buy | 05/01/18 | M | | |
| 131. | | | | | Sold | 05/09/18 | M | C | |
| 132. | | | | | Buy | 05/10/18 | M | | |
| 133. | | | | | Sold | 05/10/18 | M | B | |
| 134. | | | | | Buy | 05/14/18 | L | | |
| 135. | | | | | Sold | 06/07/18 | L | B | |
| 136. | | | | | Buy | 06/21/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/10/18 | L | | |
| 138. | | | | | Sold | 07/27/18 | M | | |
| 139. | | | | | Buy | 08/02/18 | M | | |
| 140. | | | | | Sold | 08/06/18 | M | | |
| 141.  -- Johnson & Johnson Common Stock | B | Dividend | | | Buy | 02/21/18 | N | | |
| 142. | | | | | Sold | 04/02/18 | N | | |
| 143. | | | | | Buy | 07/12/18 | L | | |
| 144. | | | | | Sold | 09/17/18 | L | D | |
| 145.  -- Lowes Common Stock | B | Dividend | | | Buy | 01/04/18 | L | | |
| 146. | | | | | Sold | 01/30/18 | M | D | |
| 147. | | | | | Buy | 04/20/18 | L | | |
| 148. | | | | | Sold | 04/23/18 | L | A | |
| 149. | | | | | Buy | 07/10/18 | M | | |
| 150. | | | | | Sold | 07/20/18 | M | | |
| 151. | | | | | Buy | 10/01/18 | M | | |
| 152. | | | | | Sold | 10/04/18 | M | | |
| 153.  -- Microsoft Common Stock | | None | | | Buy | 01/02/18 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 01/30/18 | N | E | |
| 155. | | | | | Buy | 03/06/18 | K | | |
| 156. | | | | | Sold | 03/07/18 | K | A | |
| 157. | | | | | Buy | 04/27/18 | L | | |
| 158. | | | | | Sold | 05/01/18 | L | B | |
| 159. | | | | | Buy | 09/18/18 | M | | |
| 160. | | | | | Sold | 10/04/18 | M | | |
| 161. -- Netflix Common Stock | None | | | | Buy | 07/10/18 | M | | |
| 162. | | | | | Sold | 07/16/18 | M | | |
| 163. | | | | | Buy | 11/15/18 | N | | |
| 164. | | | | | Sold (part) | 11/15/18 | M | A | |
| 165. | | | | | Sold (part) | 11/26/18 | L | | |
| 166. | | | | | Sold | 11/27/18 | L | A | |
| 167. | | | | | Buy | 11/30/18 | M | | |
| 168. | | | | | Buy (add'l) | 12/04/18 | M | | |
| 169. | | | | | Sold (part) | 12/04/18 | M | C | |
| 170. | | | | | Buy (add'l) | 12/14/18 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/14/18 | M | | |
| 172. | | | | | Sold | 12/20/18 | N | | |
| 173. -- Nvidia Common Stock | | None | | | Buy | 06/19/18 | K | | |
| 174. | | | | | Buy (add'l) | 07/05/18 | M | | |
| 175. | | | | | Sold | 07/06/18 | M | | |
| 176. -- Stanley Black & Decker Common Stock | | None | | | Buy | 01/03/18 | M | | |
| 177. | | | | | Sold | 01/30/18 | M | | |
| 178. | | | | | Buy | 07/10/18 | M | | |
| 179. | | | | | Sold | 07/27/18 | M | D | |
| 180. | | | | | Buy | 09/11/18 | L | | |
| 181. | | | | | Sold | 09/13/18 | L | B | |
| 182. -- Valero Energy Common Stock | | None | | | Buy | 01/03/18 | L | | |
| 183. JPMorgan Chase Accounts | A | Interest | M | T | | | | | |
| 184. Schwab Account -- NY Muni Money Mkt | B | Int./Div. | P1 | T | | | | | |
| 185. Merrill Lynch Cash Acct | D | Dividend | O | T | | | | | |
| 186. Time Warner Common Stock | A | Dividend | | | Buy (add'l) | 02/28/18 | K | | |
| 187. | | | | | Sold | 06/15/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Time Inc. Common Stock | None | | | | Sold | 01/05/18 | J | B | |
| 189.  Alphabet Class A [GOOGL] | None | N | T | | Buy | 01/03/18 | P1 | | |
| 190. | | | | | Buy (add'l) | 01/04/18 | L | | |
| 191. | | | | | Sold (part) | 01/04/18 | N | | |
| 192. | | | | | Buy (add'l) | 01/05/18 | L | | |
| 193. | | | | | Sold (part) | 01/05/18 | N | B | |
| 194. | | | | | Buy (add'l) | 01/08/18 | M | | |
| 195. | | | | | Sold (part) | 01/09/18 | O | | |
| 196. | | | | | Sold (part) | 01/11/18 | M | | |
| 197. | | | | | Sold (part) | 01/16/18 | N | B | |
| 198. | | | | | Buy (add'l) | 01/18/18 | M | | |
| 199. | | | | | Sold | 01/18/18 | N | A | |
| 200. | | | | | Buy | 01/26/18 | N | | |
| 201. | | | | | Sold | 01/26/18 | N | B | |
| 202. | | | | | Buy | 02/01/18 | M | | |
| 203. | | | | | Sold | 02/01/18 | M | B | |
| 204. | | | | | Buy | 04/23/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/02/18 | N | | |
| 206. | | | | | Sold | 05/04/18 | O | C | |
| 207. | | | | | Buy | 05/29/18 | N | | |
| 208. | | | | | Sold (part) | 05/30/18 | M | B | |
| 209. | | | | | Sold | 06/14/18 | M | D | |
| 210. | | | | | Buy | 06/21/18 | N | | |
| 211. | | | | | Sold | 06/22/18 | N | | |
| 212. | | | | | Buy | 06/25/18 | O | | |
| 213. | | | | | Sold (part) | 06/29/18 | O | | |
| 214. | | | | | Buy (add'l) | 07/02/18 | M | | |
| 215. | | | | | Buy (add'l) | 07/05/18 | M | | |
| 216. | | | | | Sold (part) | 07/06/18 | N | A | |
| 217. | | | | | Sold | 07/09/18 | M | | |
| 218. | | | | | Buy | 07/11/18 | N | | |
| 219. | | | | | Sold | 07/11/18 | N | | |
| 220. | | | | | Buy | 08/02/18 | N | | |
| 221. | | | | | Sold | 08/07/18 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 61

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 08/13/18 | N | | |
| 223. | | | | | Sold | 08/14/18 | N | A | |
| 224. | | | | | Buy | 08/21/18 | N | | |
| 225. | | | | | Sold | 08/23/18 | N | C | |
| 226. | | | | | Buy | 08/29/18 | O | | |
| 227. | | | | | Sold | 08/29/18 | O | C | |
| 228. | | | | | Buy | 08/30/18 | N | | |
| 229. | | | | | Sold | 08/30/18 | N | A | |
| 230. | | | | | Buy | 08/31/18 | M | | |
| 231. | | | | | Sold | 09/05/18 | M | | |
| 232. | | | | | Buy | 09/13/18 | N | | |
| 233. | | | | | Sold | 09/13/18 | N | A | |
| 234. | | | | | Buy | 10/09/18 | N | | |
| 235. | | | | | Buy (add'l) | 10/10/18 | N | | |
| 236. | | | | | Sold (part) | 10/16/18 | M | | |
| 237. | | | | | Sold | 10/25/18 | M | | |
| 238. | | | | | Buy (add'l) | 10/25/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 61

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 10/30/18 | N | | |
| 240. | | | | | Buy | 11/01/18 | N | | |
| 241. | | | | | Sold | 11/01/18 | N | C | |
| 242. | | | | | Buy | 11/05/18 | N | | |
| 243. | | | | | Sold | 11/05/18 | N | | |
| 244. | | | | | Buy | 11/30/18 | N | | |
| 245. | | | | | Sold | 11/30/18 | N | A | |
| 246. | | | | | Buy | 12/03/18 | O | | |
| 247. | | | | | Buy (add'l) | 12/05/18 | N | | |
| 248. | | | | | Sold | 12/07/18 | O | | |
| 249. | | | | | Sold | 12/10/18 | M | | |
| 250. | | | | | Sold (part) | 12/11/18 | M | | |
| 251. Alphabet Class C [GOOG] | None | | | | Buy | 01/02/18 | O | | |
| 252. | | | | | Buy (add'l) | 01/04/18 | M | | |
| 253. | | | | | Sold (part) | 01/05/18 | O | | |
| 254. | | | | | Buy (add'l) | 01/08/18 | M | | |
| 255. | | | | | Sold (part) | 01/09/18 | O | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 01/10/18 | L | | |
| 257. | | | | | Buy (add'l) | 01/11/18 | M | | |
| 258. | | | | | Sold (part) | 01/11/18 | O | | |
| 259. | | | | | Buy (add'l) | 01/13/18 | L | | |
| 260. | | | | | Buy (add'l) | 01/15/18 | M | | |
| 261. | | | | | Sold (part) | 01/17/18 | O | | |
| 262. | | | | | Buy (add'l) | 01/18/18 | M | | |
| 263. | | | | | Sold (part) | 01/18/18 | N | | |
| 264. | | | | | Buy (add'l) | 01/19/18 | M | | |
| 265. | | | | | Sold | 01/19/18 | N | | |
| 266. | | | | | Buy | 05/03/18 | N | | |
| 267. | | | | | Sold | 05/03/18 | N | B | |
| 268. | | | | | Buy | 05/29/18 | N | | |
| 269. | | | | | Sold | 06/14/18 | N | E | |
| 270. | | | | | Buy | 06/19/18 | N | | |
| 271. | | | | | Sold | 06/19/18 | N | B | |
| 272. | | | | | Buy | 06/21/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 06/22/18 | N | | |
| 274. | | | | | Buy | 06/25/18 | N | | |
| 275. | | | | | Sold | 06/28/18 | N | | |
| 276. | | | | | Buy | 06/29/18 | M | | |
| 277. | | | | | Buy (add'l) | 07/02/18 | M | | |
| 278. | | | | | Buy (add'l) | 07/06/18 | N | | |
| 279. | | | | | Sold (part) | 07/06/18 | N | B | |
| 280. | | | | | Buy (add'l) | 07/09/18 | M | | |
| 281. | | | | | Sold | 07/09/18 | N | | |
| 282. | | | | | Buy | 07/11/18 | N | | |
| 283. | | | | | Sold | 07/11/18 | N | | |
| 284. | | | | | Buy | 08/03/18 | M | | |
| 285. | | | | | Sold | 08/06/18 | M | | |
| 286. | | | | | Buy | 08/10/18 | N | | |
| 287. | | | | | Buy (add'l) | 08/14/18 | N | | |
| 288. | | | | | Sold (part) | 08/15/18 | N | | |
| 289. | | | | | Buy (add'l) | 08/28/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 08/29/18 | N | | |
| 291. | | | | | Sold (part) | 08/29/18 | O | D | |
| 292. | | | | | Buy (add'l) | 08/31/18 | N | | |
| 293. | | | | | Buy (add'l) | 09/04/18 | M | | |
| 294. | | | | | Sold (part) | 09/05/18 | N | | |
| 295. | | | | | Sold | 09/11/18 | N | | |
| 296. | | | | | Buy | 09/13/18 | N | | |
| 297. | | | | | Sold | 09/13/18 | N | A | |
| 298. | | | | | Buy | 10/18/18 | O | | |
| 299. | | | | | Sold (part) | 10/29/18 | N | | |
| 300. | | | | | Sold | 10/30/18 | N | | |
| 301. | | | | | Buy | 11/01/18 | N | | |
| 302. | | | | | Sold | 11/01/18 | N | C | |
| 303. | | | | | Buy | 11/05/18 | N | | |
| 304. | | | | | Sold | 11/05/18 | N | | |
| 305. | | | | | Buy | 12/03/18 | O | | |
| 306. | | | | | Sold | 12/07/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Amazon Common Stock | None | | | | Buy | 01/04/18 | O | | |
| 308. | | | | | Sold (part) | 01/05/18 | M | C | |
| 309. | | | | | Buy (add'l) | 01/08/18 | O | | |
| 310. | | | | | Sold (part) | 01/08/18 | O | D | |
| 311. | | | | | Sold | 01/09/18 | N | B | |
| 312. | | | | | Buy | 01/10/18 | M | | |
| 313. | | | | | Sold | 01/10/18 | M | B | |
| 314. | | | | | Buy | 01/11/18 | O | | |
| 315. | | | | | Sold (part) | 01/16/18 | N | D | |
| 316. | | | | | Buy (add'l) | 01/16/18 | O | | |
| 317. | | | | | Sold | 01/18/18 | O | | |
| 318. | | | | | Buy | 01/19/18 | O | | |
| 319. | | | | | Sold (part) | 01/22/18 | N | D | |
| 320. | | | | | Buy (add'l) | 01/24/18 | P1 | | |
| 321. | | | | | Sold (part) | 01/24/18 | P1 | E | |
| 322. | | | | | Sold | 01/25/18 | O | D | |
| 323. | | | | | Buy | 01/26/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 01/26/18 | N | B | |
| 325. | | | | | Buy | 02/01/18 | N | | |
| 326. | | | | | Sold (part) | 02/01/18 | M | D | |
| 327. | | | | | Buy (add'l) | 02/02/18 | O | | |
| 328. | | | | | Buy (add'l) | 02/05/18 | N | | |
| 329. | | | | | Sold (part) | 02/05/18 | M | B | |
| 330. | | | | | Buy (add'l) | 02/06/18 | M | | |
| 331. | | | | | Buy (add'l) | 02/07/18 | N | | |
| 332. | | | | | Sold (part) | 02/07/18 | M | | |
| 333. | | | | | Buy (add'l) | 02/15/18 | O | | |
| 334. | | | | | Buy (add'l) | 02/20/18 | N | | |
| 335. | | | | | Buy (add'l) | 02/22/18 | N | | |
| 336. | | | | | Sold (part) | 02/23/18 | O | | |
| 337. | | | | | Sold (part) | 02/26/18 | N | | |
| 338. | | | | | Sold (part) | 02/27/18 | M | E | |
| 339. | | | | | Buy (add'l) | 03/01/18 | O | | |
| 340. | | | | | Buy (add'l) | 03/05/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 03/05/18 | O | B | |
| 342. | | | | | Buy (add'l) | 03/06/18 | O | | |
| 343. | | | | | Sold (part) | 03/06/18 | O | E | |
| 344. | | | | | Buy (add'l) | 03/07/18 | M | | |
| 345. | | | | | Sold (part) | 03/07/18 | O | B | |
| 346. | | | | | Sold | 03/08/18 | M | C | |
| 347. | | | | | Buy | 03/13/18 | P1 | | |
| 348. | | | | | Sold (part) | 03/15/18 | N | | |
| 349. | | | | | Buy (add'l) | 03/16/18 | P1 | | |
| 350. | | | | | Buy (add'l) | 03/19/18 | O | | |
| 351. | | | | | Sold (part) | 03/20/18 | N | | |
| 352. | | | | | Buy (add'l) | 03/21/18 | M | | |
| 353. | | | | | Buy (add'l) | 03/22/18 | P1 | | |
| 354. | | | | | Buy (add'l) | 03/23/18 | O | | |
| 355. | | | | | Sold (part) | 03/23/18 | P1 | | |
| 356. | | | | | Buy (add'l) | 03/26/18 | O | | |
| 357. | | | | | Buy (add'l) | 03/28/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 359. | | | | | Sold (part) | 04/02/18 | O | | |
| 360. | | | | | Sold (part) | 04/03/18 | O | | |
| 361. | | | | | Buy (add'l) | 04/04/18 | N | | |
| 362. | | | | | Sold (part) | 04/04/18 | M | D | |
| 363. | | | | | Sold (part) | 04/10/18 | N | | |
| 364. | | | | | Sold (part) | 04/11/18 | M | | |
| 365. | | | | | Sold (part) | 04/12/18 | P1 | | |
| 366. | | | | | Sold (part) | 04/16/18 | M | | |
| 367. | | | | | Sold (part) | 04/17/18 | O | | |
| 368. | | | | | Buy (add'l) | 04/20/18 | M | | |
| 369. | | | | | Sold (part) | 04/20/18 | L | | |
| 370. | | | | | Buy (add'l) | 04/23/18 | N | | |
| 371. | | | | | Sold (part) | 04/23/18 | N | | |
| 372. | | | | | Buy (add'l) | 04/26/18 | O | | |
| 373. | | | | | Sold (part) | 04/26/18 | N | | |
| 374. | | | | | Buy (add'l) | 04/27/18 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 04/27/18 | P1 | E | |
| 376. | | | | | Sold (part) | 05/01/18 | M | | |
| 377. | | | | | Sold (part) | 05/04/18 | M | | |
| 378. | | | | | Buy (add'l) | 05/07/18 | M | | |
| 379. | | | | | Buy (add'l) | 05/08/18 | N | | |
| 380. | | | | | Sold (part) | 05/09/18 | N | D | |
| 381. | | | | | Buy (add'l) | 05/10/18 | P1 | | |
| 382. | | | | | Sold (part) | 05/10/18 | N | A | |
| 383. | | | | | Buy (add'l) | 05/11/18 | O | | |
| 384. | | | | | Sold (part) | 05/15/18 | P1 | | |
| 385. | | | | | Buy (add'l) | 05/18/18 | O | | |
| 386. | | | | | Buy (add'l) | 05/24/18 | M | | |
| 387. | | | | | Buy (add'l) | 06/06/18 | N | | |
| 388. | | | | | Sold (part) | 06/06/18 | N | E | |
| 389. | | | | | Buy (add'l) | 06/08/18 | N | | |
| 390. | | | | | Buy (add'l) | 06/11/18 | P1 | | |
| 391. | | | | | Sold (part) | 06/14/18 | O | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 06/18/18 | N | | |
| 393. | | | | | Buy (add'l) | 06/19/18 | N | | |
| 394. | | | | | Sold (part) | 06/19/18 | O | | |
| 395. | | | | | Sold (part) | 06/20/18 | N | D | |
| 396. | | | | | Buy (add'l) | 06/21/18 | P1 | | |
| 397. | | | | | Sold (part) | 06/22/18 | N | | |
| 398. | | | | | Buy (add'l) | 06/25/18 | M | | |
| 399. | | | | | Sold (part) | 06/28/18 | O | | |
| 400. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 401. | | | | | Sold (part) | 06/29/18 | O | | |
| 402. | | | | | Buy (add'l) | 07/03/18 | M | | |
| 403. | | | | | Buy (add'l) | 07/05/18 | M | | |
| 404. | | | | | Sold (part) | 07/06/18 | P1 | | |
| 405. | | | | | Buy (add'l) | 07/10/18 | M | | |
| 406. | | | | | Buy (add'l) | 07/12/18 | O | | |
| 407. | | | | | Sold (part) | 07/12/18 | P1 | E | |
| 408. | | | | | Buy (add'l) | 07/13/18 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 07/16/18 | P1 | | |
| 410. | | | | | Sold (part) | 07/16/18 | P1 | E | |
| 411. | | | | | Sold (part) | 07/17/18 | N | A | |
| 412. | | | | | Sold (part) | 07/18/18 | N | C | |
| 413. | | | | | Buy (add'l) | 07/19/18 | O | | |
| 414. | | | | | Sold (part) | 07/23/18 | O | C | |
| 415. | | | | | Buy (add'l) | 07/24/18 | P1 | | |
| 416. | | | | | Sold (part) | 07/24/18 | N | A | |
| 417. | | | | | Sold (part) | 07/25/18 | P1 | C | |
| 418. | | | | | Sold (part) | 07/26/18 | O | E | |
| 419. | | | | | Buy (add'l) | 07/27/18 | P1 | | |
| 420. | | | | | Sold (part) | 07/27/18 | O | D | |
| 421. | | | | | Buy (add'l) | 07/30/18 | O | | |
| 422. | | | | | Sold (part) | 08/01/18 | N | | |
| 423. | | | | | Buy (add'l) | 08/06/18 | O | | |
| 424. | | | | | Sold (part) | 08/06/18 | O | | |
| 425. | | | | | Sold (part) | 08/08/18 | P1 | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 61

**Name of Person Reporting**

Buchwald, Naomi R.

**Date of Report**

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 08/10/18 | O | | |
| 427. | | | | | Buy (add'l) | 08/13/18 | O | | |
| 428. | | | | | Sold (part) | 08/14/18 | P1 | F | |
| 429. | | | | | Buy (add'l) | 08/15/18 | O | | |
| 430. | | | | | Buy (add'l) | 08/16/18 | P1 | | |
| 431. | | | | | Sold (part) | 08/22/18 | P1 | D | |
| 432. | | | | | Buy (add'l) | 08/24/18 | O | | |
| 433. | | | | | Sold (part) | 08/27/18 | P1 | E | |
| 434. | | | | | Buy (add'l) | 08/29/18 | O | | |
| 435. | | | | | Sold (part) | 08/29/18 | O | B | |
| 436. | | | | | Buy (add'l) | 08/30/18 | M | | |
| 437. | | | | | Buy (add'l) | 08/31/18 | N | | |
| 438. | | | | | Sold | 08/31/18 | O | | |
| 439. | | | | | Buy | 09/11/18 | P1 | | |
| 440. | | | | | Sold (part) | 09/11/18 | O | D | |
| 441. | | | | | Buy (add'l) | 09/12/18 | P1 | | |
| 442. | | | | | Sold (part) | 09/13/18 | P1 | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 61

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 09/14/18 | O | | |
| 444. | | | | | Sold (part) | 09/17/18 | P1 | | |
| 445. | | | | | Buy (add'l) | 09/17/18 | M | | |
| 446. | | | | | Sold (part) | 09/18/18 | P1 | | |
| 447. | | | | | Sold (part) | 09/20/18 | N | C | |
| 448. | | | | | Buy (add'l) | 09/21/18 | P1 | | |
| 449. | | | | | Buy (add'l) | 09/24/18 | P1 | | |
| 450. | | | | | Buy (add'l) | 09/25/18 | M | | |
| 451. | | | | | Buy (add'l) | 09/28/18 | P1 | | |
| 452. | | | | | Buy (add'l) | 10/01/18 | O | | |
| 453. | | | | | Buy (add'l) | 10/02/18 | M | | |
| 454. | | | | | Buy (add'l) | 10/05/18 | N | | |
| 455. | | | | | Buy (add'l) | 10/08/18 | N | | |
| 456. | | | | | Sold (part) | 10/09/18 | P1 | | |
| 457. | | | | | Buy (add'l) | 10/09/18 | M | | |
| 458. | | | | | Sold (part) | 10/10/18 | P1 | | |
| 459. | | | | | Buy (add'l) | 10/11/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 10/12/18 | P1 | | |
| 461. | | | | | Buy (add'l) | 10/15/18 | O | | |
| 462. | | | | | Sold (part) | 10/16/18 | P1 | | |
| 463. | | | | | Buy (add'l) | 10/16/18 | P1 | | |
| 464. | | | | | Sold (part) | 10/17/18 | O | | |
| 465. | | | | | Buy (add'l) | 10/17/18 | P1 | | |
| 466. | | | | | Buy (add'l) | 10/18/18 | N | | |
| 467. | | | | | Buy (add'l) | 10/19/18 | P1 | | |
| 468. | | | | | Buy (add'l) | 10/22/18 | O | | |
| 469. | | | | | Buy (add'l) | 10/23/18 | P1 | | |
| 470. | | | | | Buy (add'l) | 10/24/18 | O | | |
| 471. | | | | | Buy (add'l) | 10/25/18 | M | | |
| 472. | | | | | Buy (add'l) | 10/26/18 | O | | |
| 473. | | | | | Sold (part) | 10/29/18 | P1 | | |
| 474. | | | | | Buy (add'l) | 10/29/18 | N | | |
| 475. | | | | | Sold (part) | 10/30/18 | P1 | | |
| 476. | | | | | Buy (add'l) | 10/30/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**Name of Person Reporting**

Buchwald, Naomi R.

**Date of Report**

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 10/31/18 | M | | |
| 478. | | | | | Buy (add'l) | 11/01/18 | N | | |
| 479. | | | | | Buy (add'l) | 11/02/18 | O | | |
| 480. | | | | | Buy (add'l) | 11/05/18 | M | | |
| 481. | | | | | Sold (part) | 11/05/18 | O | | |
| 482. | | | | | Buy (add'l) | 11/06/18 | M | | |
| 483. | | | | | Buy (add'l) | 11/09/18 | M | | |
| 484. | | | | | Buy (add'l) | 11/13/18 | K | | |
| 485. | | | | | Sold (part) | 11/15/18 | N | | |
| 486. | | | | | Buy (add'l) | 11/15/18 | M | | |
| 487. | | | | | Buy (add'l) | 11/16/18 | K | | |
| 488. | | | | | Sold (part) | 11/20/18 | N | | |
| 489. | | | | | Sold (part) | 11/26/18 | O | | |
| 490. | | | | | Sold (part) | 11/27/18 | P1 | | |
| 491. | | | | | Sold (part) | 11/28/18 | O | | |
| 492. | | | | | Sold (part) | 11/30/18 | P1 | | |
| 493. | | | | | Sold (part) | 12/03/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 12/07/18 | P1 | | |
| 495. | | | | | Sold (part) | 12/10/18 | M | | |
| 496. | | | | | Sold (part) | 12/11/18 | O | | |
| 497. | | | | | Buy (add'l) | 12/11/18 | O | | |
| 498. | | | | | Sold (part) | 12/12/18 | M | | |
| 499. | | | | | Sold (part) | 12/14/18 | P1 | | |
| 500. | | | | | Buy (add'l) | 12/18/18 | O | | |
| 501. | | | | | Sold (part) | 12/18/18 | O | | |
| 502. | | | | | Sold | 12/20/18 | P1 | | |
| 503. AT&T Common Stock | B | Dividend | L | T | Buy | 02/28/18 | L | | |
| 504. Apple Common Stock | A | Dividend | | | Buy | 01/05/18 | O | | |
| 505. | | | | | Buy (add'l) | 01/08/18 | N | | |
| 506. | | | | | Buy (add'l) | 01/09/18 | M | | |
| 507. | | | | | Sold (part) | 01/09/18 | M | | |
| 508. | | | | | Buy (add'l) | 01/12/18 | M | | |
| 509. | | | | | Buy (add'l) | 01/17/18 | N | | |
| 510. | | | | | Buy (add'l) | 01/25/18 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 01/30/18 | P1 | | |
| 512. | | | | | Sold | 02/27/18 | L | C | |
| 513. | | | | | Buy | 03/13/18 | N | | |
| 514. | | | | | Buy (add'l) | 03/22/18 | L | | |
| 515. | | | | | Sold (part) | 03/23/18 | N | | |
| 516. | | | | | Sold | 04/02/18 | L | | |
| 517. | | | | | Buy | 04/23/18 | M | | |
| 518. | | | | | Sold | 04/26/18 | M | | |
| 519. | | | | | Buy | 07/25/18 | O | | |
| 520. | | | | | Sold | 07/25/18 | O | B | |
| 521. | | | | | Buy | 08/07/18 | M | | |
| 522. | | | | | Sold | 08/09/18 | M | A | |
| 523. | | | | | Buy | 09/17/18 | N | | |
| 524. | | | | | Buy (add'l) | 09/18/18 | N | | |
| 525. | | | | | Sold (part) | 09/18/18 | N | | |
| 526. | | | | | Sold (part) | 09/19/18 | M | | |
| 527. | | | | | Sold (part) | 09/28/18 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 61

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 10/04/18 | M | D | |
| 529. | | | | | Buy | 10/16/18 | M | | |
| 530. | | | | | Sold | 10/29/18 | M | | |
| 531. | | | | | Buy | 11/13/18 | N | | |
| 532. | | | | | Buy (add'l) | 11/14/18 | L | | |
| 533. | | | | | Buy (add'l) | 11/15/18 | M | | |
| 534. | | | | | Buy (add'l) | 11/16/18 | M | | |
| 535. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 536. | | | | | Buy (add'l) | 11/20/18 | K | | |
| 537. | | | | | Sold (part) | 11/26/18 | L | | |
| 538. | | | | | Sold (part) | 11/27/18 | N | | |
| 539. | | | | | Sold (part) | 11/29/18 | M | | |
| 540. | | | | | Sold | 12/03/18 | L | | |
| 541. Applied Materials Common Stock | None | | | | Buy | 01/11/18 | N | | |
| 542. | | | | | Sold | 01/11/18 | N | A | |
| 543. | | | | | Buy | 01/18/18 | M | | |
| 544. | | | | | Sold | 01/18/18 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy | 02/27/18 | O | | |
| 546. | | | | | Buy (add'l) | 03/05/18 | M | | |
| 547. | | | | | Sold | 03/06/18 | O | D | |
| 548. | | | | | Buy | 03/06/18 | N | | |
| 549. | | | | | Sold (part) | 03/09/18 | M | C | |
| 550. | | | | | Sold | 04/02/18 | M | | |
| 551. | | | | | Buy | 05/07/18 | N | | |
| 552. | | | | | Sold | 05/08/18 | N | C | |
| 553. | | | | | Buy | 11/27/18 | M | | |
| 554. | | | | | Buy (add'l) | 11/28/18 | M | | |
| 555. | | | | | Sold | 11/28/18 | N | B | |
| 556. | | | | | Buy | 11/29/18 | L | | |
| 557. | | | | | Sold | 11/29/18 | L | A | |
| 558. | | | | | Buy | 12/10/18 | M | | |
| 559. | | | | | Sold | 12/10/18 | M | B | |
| 560. | | | | | Buy | 12/13/18 | N | | |
| 561. | | | | | Sold | 12/13/18 | N | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy | 12/14/18 | M | | |
| 563. | | | | | Sold | 12/14/18 | M | | |
| 564. Cisco Common Stock | None | | | | Buy | 01/03/18 | M | | |
| 565. | | | | | Sold | 01/03/18 | M | | |
| 566. | | | | | Buy | 01/04/18 | M | | |
| 567. | | | | | Buy (add'l) | 01/05/18 | L | | |
| 568. | | | | | Sold (part) | 01/05/18 | M | | |
| 569. | | | | | Buy (add'l) | 01/09/18 | M | | |
| 570. | | | | | Buy (add'l) | 01/10/18 | N | | |
| 571. | | | | | Sold (part) | 01/10/18 | N | | |
| 572. | | | | | Buy (add'l) | 01/11/18 | O | | |
| 573. | | | | | Sold (part) | 01/11/18 | N | B | |
| 574. | | | | | Buy (add'l) | 01/12/18 | M | | |
| 575. | | | | | Sold | 01/12/18 | N | C | |
| 576. | | | | | Buy | 01/16/18 | N | | |
| 577. | | | | | Buy (add'l) | 01/17/18 | N | | |
| 578. | | | | | Sold | 01/17/18 | O | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

Name of Person Reporting | Buchwald, Naomi R. | Date of Report 08/18/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy | 01/19/18 | M | | |
| 580. | | | | | Sold | 01/22/18 | M | B | |
| 581. | | | | | Buy | 01/22/18 | M | | |
| 582. | | | | | Sold | 01/24/18 | M | C | |
| 583. | | | | | Buy | 01/25/18 | N | | |
| 584. | | | | | Buy (add'l) | 01/26/18 | L | | |
| 585. | | | | | Sold | 01/30/18 | L | B | |
| 586. | | | | | Buy | 01/30/18 | N | | |
| 587. | | | | | Sold | 02/02/18 | N | | |
| 588. | | | | | Buy | 02/02/18 | N | | |
| 589. | | | | | Sold | 02/05/18 | N | | |
| 590. | | | | | Buy | 02/15/18 | N | | |
| 591. | | | | | Sold | 02/26/18 | N | | |
| 592. | | | | | Buy | 03/05/18 | K | | |
| 593. | | | | | Sold | 03/06/18 | K | | |
| 594. | | | | | Buy | 03/19/18 | N | | |
| 595. | | | | | Buy (add'l) | 03/29/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 04/02/18 | N | | |
| 597. | | | | | Sold | 04/12/18 | M | | |
| 598. | | | | | Buy | 04/23/18 | M | | |
| 599. | | | | | Buy (add'l) | 04/26/18 | M | | |
| 600. | | | | | Buy (add'l) | 05/07/18 | M | | |
| 601. | | | | | Sold (part) | 05/08/18 | M | | |
| 602. | | | | | Buy (add'l) | 05/09/18 | M | | |
| 603. | | | | | Sold (part) | 05/09/18 | M | | |
| 604. | | | | | Sold | 05/15/18 | M | | |
| 605. | | | | | Buy | 07/17/18 | N | | |
| 606. | | | | | Sold | 07/17/18 | N | B | |
| 607. | | | | | Buy | 07/19/18 | M | | |
| 608. | | | | | Sold (part) | 07/25/18 | M | B | |
| 609. | | | | | Buy (add'l) | 07/27/18 | M | | |
| 610. | | | | | Sold | 07/27/18 | M | B | |
| 611. | | | | | Buy | 08/02/18 | N | | |
| 612. | | | | | Sold | 08/02/18 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy | 09/26/18 | M | | |
| 614. | | | | | Sold | 09/26/18 | M | A | |
| 615. | | | | | Buy | 12/06/18 | N | | |
| 616. | | | | | Sold | 12/06/18 | N | C | |
| 617. | | | | | Buy | 12/07/18 | N | | |
| 618. | | | | | Buy (add'l) | 12/10/18 | O | | |
| 619. | | | | | Buy (add'l) | 12/11/18 | M | | |
| 620. | | | | | Sold (part) | 12/11/18 | M | | |
| 621. | | | | | Buy (add'l) | 12/12/18 | M | | |
| 622. | | | | | Sold (part) | 12/12/18 | O | E | |
| 623. | | | | | Buy (add'l) | 12/13/18 | O | | |
| 624. | | | | | Buy (add'l) | 12/14/18 | N | | |
| 625. | | | | | Sold (part) | 12/14/18 | O | | |
| 626. | | | | | Buy (add'l) | 12/17/18 | M | | |
| 627. | | | | | Sold (part) | 12/17/18 | O | | |
| 628. | | | | | Sold | 12/20/18 | O | | |
| 629. Facebook Common Stock | None | | | | Buy | 01/05/18 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 01/05/18 | L | | |
| 631. | | | | | Buy (add'l) | 01/08/18 | N | | |
| 632. | | | | | Sold (part) | 01/08/18 | N | | |
| 633. | | | | | Buy (add'l) | 01/09/18 | L | | |
| 634. | | | | | Sold (part) | 01/09/18 | N | | |
| 635. | | | | | Buy (add'l) | 01/10/18 | M | | |
| 636. | | | | | Buy (add'l) | 01/11/18 | M | | |
| 637. | | | | | Sold (part) | 01/18/18 | N | | |
| 638. | | | | | Buy (add'l) | 01/19/18 | L | | |
| 639. | | | | | Buy (add'l) | 01/24/18 | M | | |
| 640. | | | | | Sold (part) | 01/25/18 | M | | |
| 641. | | | | | Sold (part) | 01/30/18 | N | | |
| 642. | | | | | Buy (add'l) | 01/31/18 | L | | |
| 643. | | | | | Sold (part) | 02/01/18 | M | | |
| 644. | | | | | Buy (add'l) | 02/02/18 | M | | |
| 645. | | | | | Buy (add'l) | 02/14/18 | L | | |
| 646. | | | | | Buy (add'l) | 02/20/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 02/22/18 | M | | |
| 648. | | | | | Buy (add'l) | 02/23/18 | L | | |
| 649. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 650. | | | | | Buy (add'l) | 03/02/18 | M | | |
| 651. | | | | | Sold (part) | 03/05/18 | M | | |
| 652. | | | | | Sold (part) | 03/06/18 | L | | |
| 653. | | | | | Sold (part) | 03/20/18 | M | | |
| 654. | | | | | Buy (add'l) | 03/13/18 | L | | |
| 655. | | | | | Sold (part) | 03/20/18 | N | | |
| 656. | | | | | Sold | 04/02/18 | M | | |
| 657. | | | | | Buy | 05/25/18 | M | | |
| 658. | | | | | Sold | 06/14/18 | M | D | |
| 659. | | | | | Buy | 07/09/18 | N | | |
| 660. | | | | | Buy (add'l) | 07/10/18 | M | | |
| 661. | | | | | Sold | 07/12/18 | O | D | |
| 662. | | | | | Buy | 07/17/18 | M | | |
| 663. | | | | | Sold | 07/17/18 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Buchwald, Naomi R.

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Buy | 07/23/18 | M | | |
| 665. | | | | | Sold | 07/23/18 | M | B | |
| 666. | | | | | Buy | 07/25/18 | N | | |
| 667. | | | | | Buy<br>(add'l) | 07/26/18 | M | | |
| 668. | | | | | Sold<br>(part) | 07/27/18 | M | A | |
| 669. | | | | | Sold | 07/30/18 | N | | |
| 670. | | | | | Buy | 08/30/18 | O | | |
| 671. | | | | | Sold<br>(part) | 08/31/18 | M | | |
| 672. | | | | | Buy | 08/31/18 | M | | |
| 673. | | | | | Buy<br>(add'l) | 09/11/18 | M | | |
| 674. | | | | | Sold<br>(part) | 09/17/18 | N | | |
| 675. | | | | | Sold<br>(part) | 09/19/18 | M | | |
| 676. | | | | | Sold | 10/01/18 | M | | |
| 677. | | | | | Buy | 11/28/18 | L | | |
| 678. | | | | | Sold | 11/28/18 | L | A | |
| 679. Home Depot Common Stock | B | Dividend | | | Buy | 02/05/18 | M | | |
| 680. | | | | | Sold | 02/05/18 | M | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy | 03/07/18 | M | | |
| 682. | | | | | Sold | 03/07/18 | M | A | |
| 683. | | | | | Buy | 05/07/18 | N | | |
| 684. | | | | | Sold | 05/08/18 | N | B | |
| 685. | | | | | Buy | 06/20/18 | N | | |
| 686. | | | | | Sold | 06/21/18 | N | C | |
| 687. | | | | | Buy | 08/14/18 | M | | |
| 688. | | | | | Buy (add'l) | 09/13/18 | M | | |
| 689. | | | | | Sold (part) | 09/17/18 | M | | |
| 690. | | | | | Buy (add'l) | 12/12/18 | M | | |
| 691. | | | | | Sold (part) | 12/14/18 | M | | |
| 692. | | | | | Sold | 12/20/18 | L | | |
| 693. IBM Common Stock | | None | | | Buy | 01/22/18 | N | | |
| 694. | | | | | Sold | 01/22/18 | N | A | |
| 695. | | | | | Buy | 04/20/18 | M | | |
| 696. | | | | | Buy (add'l) | 04/23/18 | M | | |
| 697. | | | | | Sold | 04/23/18 | N | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Intel Common Stock | A | Dividend | | | Buy | 01/02/18 | P1 | | |
| 699. | | | | | Buy (add'l) | 01/03/18 | L | | |
| 700. | | | | | Buy (add'l) | 01/04/18 | M | | |
| 701. | | | | | Sold (part) | 01/04/18 | N | | |
| 702. | | | | | Sold (part) | 01/05/18 | M | | |
| 703. | | | | | Buy | 01/08/18 | K | | |
| 704. | | | | | Sold (part) | 01/09/18 | M | | |
| 705. | | | | | Buy (add'l) | 01/11/18 | K | | |
| 706. | | | | | Buy (add'l) | 01/12/18 | M | | |
| 707. | | | | | Sold (part) | 01/12/18 | N | | |
| 708. | | | | | Buy (add'l) | 01/16/18 | M | | |
| 709. | | | | | Buy (add'l) | 01/17/18 | M | | |
| 710. | | | | | Buy (add'l) | 01/18/18 | L | | |
| 711. | | | | | Buy (add'l) | 01/19/18 | L | | |
| 712. | | | | | Buy (add'l) | 01/24/18 | L | | |
| 713. | | | | | Sold (part) | 01/25/18 | O | | |
| 714. | | | | | Buy (add'l) | 01/26/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 02/02/18 | N | | |
| 716. | | | | | Buy (add'l) | 02/07/18 | M | | |
| 717. | | | | | Sold (part) | 02/08/18 | M | | |
| 718. | | | | | Sold (part) | 02/09/18 | M | | |
| 719. | | | | | Buy (add'l) | 02/13/18 | K | | |
| 720. | | | | | Buy (add'l) | 02/23/18 | K | | |
| 721. | | | | | Sold (part) | 02/26/18 | M | | |
| 722. | | | | | Buy (add'l) | 02/26/18 | M | | |
| 723. | | | | | Buy (add'l) | 02/27/18 | M | | |
| 724. | | | | | Sold (part) | 02/27/18 | M | D | |
| 725. | | | | | Buy (add'l) | 03/05/18 | N | | |
| 726. | | | | | Sold (part) | 03/06/18 | N | | |
| 727. | | | | | Sold (part) | 03/07/18 | N | | |
| 728. | | | | | Buy (add'l) | 03/09/18 | M | | |
| 729. | | | | | Buy (add'l) | 03/19/18 | M | | |
| 730. | | | | | Sold (part) | 03/23/18 | M | | |
| 731. | | | | | Buy (add'l) | 04/11/18 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 04/11/18 | N | | |
| 733. | | | | | Buy (add'l) | 04/12/18 | M | | |
| 734. | | | | | Sold (part) | 04/12/18 | N | | |
| 735. | | | | | Sold (part) | 04/17/18 | N | | |
| 736. | | | | | Sold (part) | 04/18/18 | M | C | |
| 737. | | | | | Sold (part) | 04/26/18 | L | | |
| 738. | | | | | Sold (part) | 05/01/18 | M | | |
| 739. | | | | | Buy (add'l) | 05/07/18 | M | | |
| 740. | | | | | Sold (part) | 05/08/18 | N | | |
| 741. | | | | | Buy (add'l) | 05/10/18 | M | | |
| 742. | | | | | Sold | 05/10/18 | N | | |
| 743. | | | | | Buy | 07/16/18 | M | | |
| 744. | | | | | Sold | 07/23/18 | M | B | |
| 745. | | | | | Buy | 07/24/18 | M | | |
| 746. | | | | | Sold | 07/27/18 | M | | |
| 747. | | | | | Buy | 07/30/18 | N | | |
| 748. | | | | | Buy (add'l) | 08/02/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold | 08/02/18 | P1 | | |
| 750. | | | | | Buy | 08/22/18 | N | | |
| 751. | | | | | Sold | 08/24/18 | N | | |
| 752. | | | | | Buy | 09/26/18 | M | | |
| 753. | | | | | Sold | 09/26/18 | M | A | |
| 754. | | | | | Buy | 10/19/18 | M | | |
| 755. | | | | | Sold | 10/29/18 | M | D | |
| 756. | | | | | Buy | 11/28/18 | N | | |
| 757. | | | | | Sold | 11/28/18 | N | B | |
| 758. | | | | | Buy | 11/29/18 | M | | |
| 759. | | | | | Sold | 11/29/18 | M | A | |
| 760. | | | | | Buy | 12/03/18 | N | | |
| 761. | | | | | Buy (add'l) | 12/10/18 | M | | |
| 762. | | | | | Sold | 12/11/18 | N | | |
| 763. Johnson & Johnson Common Stock | None | | | | Buy | 03/07/18 | M | | |
| 764. | | | | | Sold | 03/07/18 | M | A | |
| 765. | | | | | Buy | 08/27/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 08/31/18 | M | | |
| 767. | | | | | Sold | 09/13/18 | N | D | |
| 768. | | | | | Buy | 09/13/18 | M | | |
| 769. | | | | | Sold | 09/17/18 | M | A | |
| 770. Lowes Common Stock | | None | | | Buy | 01/04/18 | L | | |
| 771. | | | | | Sold | 01/22/18 | M | D | |
| 772. | | | | | Buy | 02/05/18 | M | | |
| 773. | | | | | Sold | 02/28/18 | M | | |
| 774. | | | | | Buy | 04/26/18 | N | | |
| 775. | | | | | Sold | 04/26/18 | N | B | |
| 776. | | | | | Buy | 05/07/18 | M | | |
| 777. | | | | | Sold | 05/08/18 | M | | |
| 778. | | | | | Buy | 05/08/18 | M | | |
| 779. | | | | | Sold (part) | 05/10/18 | L | A | |
| 780. | | | | | Sold | 05/15/18 | L | A | |
| 781. | | | | | Buy | 05/21/18 | K | | |
| 782. | | | | | Sold (part) | 06/14/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

Buchwald, Naomi R.

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 06/20/18 | M | | |
| 784. | | | | | Sold (part) | 06/21/18 | M | B | |
| 785. | | | | | Sold | 07/16/18 | K | D | |
| 786. | | | | | Buy | 07/17/18 | L | | |
| 787. | | | | | Sold | 07/17/18 | M | A | |
| 788. | | | | | Buy | 08/06/18 | L | | |
| 789. | | | | | Sold | 08/08/18 | L | B | |
| 790. | | | | | Buy | 08/29/18 | M | | |
| 791. | | | | | Sold | 08/29/18 | M | A | |
| 792. | | | | | Buy | 08/31/18 | M | | |
| 793. | | | | | Sold | 08/31/18 | M | A | |
| 794. | | | | | Buy | 09/13/18 | M | | |
| 795. | | | | | Sold | 09/17/18 | M | B | |
| 796. | | | | | Buy | 12/03/18 | M | | |
| 797. | | | | | Sold | 12/12/18 | M | | |
| 798. Micron Technology Common Stock | None | | | | Buy | 01/18/18 | M | | |
| 799. | | | | | Sold | 01/18/18 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy | 03/13/18 | M | | |
| 801. | | | | | Sold | 04/02/18 | M | | |
| 802. Microsoft Common Stock | B | Dividend | | | Buy | 01/04/18 | P1 | | |
| 803. | | | | | Sold (part) | 01/05/18 | L | | |
| 804. | | | | | Buy (add'l) | 01/05/18 | M | | |
| 805. | | | | | Sold (part) | 01/09/18 | N | | |
| 806. | | | | | Buy (add'l) | 01/09/18 | N | | |
| 807. | | | | | Sold (part) | 01/10/18 | N | | |
| 808. | | | | | Sold (part) | 01/11/18 | M | | |
| 809. | | | | | Sold (part) | 01/12/18 | O | | |
| 810. | | | | | Buy (add'l) | 01/12/18 | N | | |
| 811. | | | | | Sold (part) | 01/16/18 | N | | |
| 812. | | | | | Buy (add'l) | 01/16/18 | M | | |
| 813. | | | | | Sold (part) | 01/17/18 | O | | |
| 814. | | | | | Sold (part) | 01/19/18 | N | | |
| 815. | | | | | Buy (add'l) | 01/19/18 | M | | |
| 816. | | | | | Sold (part) | 01/22/18 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting             Date of Report

Buchwald, Naomi R.

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 01/22/18 | M | | |
| 818. | | | | | Buy (add'l) | 01/23/18 | M | | |
| 819. | | | | | Sold (part) | 01/25/18 | M | B | |
| 820. | | | | | Buy (add'l) | 01/30/18 | O | | |
| 821. | | | | | Buy (add'l) | 02/02/18 | M | | |
| 822. | | | | | Sold (part) | 02/05/18 | N | | |
| 823. | | | | | Sold (part) | 02/08/18 | M | | |
| 824. | | | | | Buy (add'l) | 02/12/18 | M | | |
| 825. | | | | | Buy (add'l) | 02/21/18 | M | | |
| 826. | | | | | Sold (part) | 02/23/18 | N | E | |
| 827. | | | | | Sold | 03/08/18 | N | | |
| 828. | | | | | Buy | 05/11/18 | N | | |
| 829. | | | | | Sold | 05/15/18 | N | | |
| 830. | | | | | Buy | 07/16/18 | O | | |
| 831. | | | | | Sold (part) | 07/17/18 | N | D | |
| 832. | | | | | Sold | 07/20/18 | N | D | |
| 833. | | | | | Buy | 07/20/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 07/23/18 | N | C | |
| 835. | | | | | Sold (part) | 07/25/18 | M | D | |
| 836. | | | | | Buy (add'l) | 07/27/18 | O | | |
| 837. | | | | | Sold | 07/27/18 | P1 | A | |
| 838. | | | | | Buy | 07/31/18 | M | | |
| 839. | | | | | Sold | 08/07/18 | M | B | |
| 840. | | | | | Buy | 08/22/18 | O | | |
| 841. | | | | | Sold | 08/22/18 | O | B | |
| 842. | | | | | Buy | 09/18/18 | M | | |
| 843. | | | | | Sold | 09/18/18 | M | B | |
| 844. | | | | | Buy | 12/06/18 | P1 | | |
| 845. | | | | | Sold | 12/06/18 | P1 | C | |
| 846. | | | | | Buy | 12/14/18 | M | | |
| 847. | | | | | Sold | 12/14/18 | M | | |
| 848. | | | | | Buy | 12/17/18 | O | | |
| 849. | | | | | Sold (part) | 12/18/18 | M | | |
| 850. | | | | | Buy (add'l) | 12/19/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 12/20/18 | O | | |
| 852. Netflix Common Stock | | None | | | Buy | 01/02/18 | N | | |
| 853. | | | | | Sold (part) | 01/08/18 | M | B | |
| 854. | | | | | Buy (add'l) | 01/09/18 | M | | |
| 855. | | | | | Sold (part) | 01/10/18 | M | | |
| 856. | | | | | Buy (add'l) | 01/16/18 | M | | |
| 857. | | | | | Sold (part) | 02/05/18 | M | | |
| 858. | | | | | Buy (add'l) | 02/22/18 | N | | |
| 859. | | | | | Sold (part) | 02/23/18 | O | B | |
| 860. | | | | | Sold | 03/05/18 | M | E | |
| 861. | | | | | Buy | 03/07/18 | K | | |
| 862. | | | | | Buy (add'l) | 03/13/18 | O | | |
| 863. | | | | | Buy (add'l) | 03/14/18 | N | | |
| 864. | | | | | Sold (part) | 03/23/18 | O | | |
| 865. | | | | | Sold (part) | 04/02/18 | M | | |
| 866. | | | | | Sold (part) | 04/10/18 | L | | |
| 867. | | | | | Sold | 04/11/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Buchwald, Naomi R.

08/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy | 07/10/18 | N | | |
| 869. | | | | | Sold | 07/16/18 | N | | |
| 870. | | | | | Buy (add'l) | 07/26/18 | N | | |
| 871. | | | | | Buy (add'l) | 07/30/18 | N | | |
| 872. | | | | | Buy (add'l) | 07/31/18 | N | | |
| 873. | | | | | Sold (part) | 08/01/18 | N | | |
| 874. | | | | | Buy (add'l) | 08/01/18 | L | | |
| 875. | | | | | Sold (part) | 08/02/18 | M | | |
| 876. | | | | | Sold (part) | 08/06/18 | O | | |
| 877. | | | | | Buy (add'l) | 08/07/18 | N | | |
| 878. | | | | | Sold | 08/15/18 | O | | |
| 879. | | | | | Buy | 10/22/18 | O | | |
| 880. | | | | | Sold (part) | 10/25/18 | M | | |
| 881. | | | | | Sold | 10/29/18 | N | | |
| 882. | | | | | Buy | 11/08/18 | O | | |
| 883. | | | | | Buy (add'l) | 11/23/18 | O | | |
| 884. | | | | | Sold (part) | 11/26/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

Buchwald, Naomi R.                                    08/18/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 11/26/18 | O | | |
| 886. | | | | | Sold (part) | 11/27/18 | M | | |
| 887. | | | | | Buy (add'l) | 11/27/18 | N | | |
| 888. | | | | | Sold (part) | 11/28/18 | M | | |
| 889. | | | | | Buy (add'l) | 11/30/18 | M | | |
| 890. | | | | | Buy (add'l) | 12/03/18 | M | | |
| 891. | | | | | Sold (part) | 12/03/18 | O | | |
| 892. | | | | | Sold (part) | 12/04/18 | M | | |
| 893. | | | | | Buy (add'l) | 12/05/18 | M | | |
| 894. | | | | | Sold (part) | 12/10/18 | M | | |
| 895. | | | | | Buy (add'l) | 12/12/18 | L | | |
| 896. | | | | | Sold (part) | 12/14/18 | O | | |
| 897. | | | | | Sold (part) | 12/20/18 | N | | |
| 898. | | | | | Sold | 12/28/18 | N | | |
| 899. Nvidia Common Stock | A | Dividend | | | Buy | 02/26/18 | M | | |
| 900. | | | | | Sold | 02/26/18 | M | B | |
| 901. | | | | | Buy | 04/23/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold | 04/26/18 | M | B | |
| 903. | | | | | Buy | 05/10/18 | M | | |
| 904. | | | | | Buy (add'l) | 05/11/18 | L | | |
| 905. | | | | | Buy (add'l) | 05/15/18 | M | | |
| 906. | | | | | Sold (part) | 05/24/18 | L | A | |
| 907. | | | | | Sold | 06/14/18 | M | D | |
| 908. | | | | | Buy | 06/18/18 | N | | |
| 909. | | | | | Sold | 06/28/18 | N | | |
| 910. | | | | | Buy | 06/29/18 | O | | |
| 911. | | | | | Buy (add'l) | 07/18/18 | L | | |
| 912. | | | | | Sold (part) | 07/23/18 | M | | |
| 913. | | | | | Sold (part) | 07/24/18 | N | | |
| 914. | | | | | Buy (add'l) | 07/26/18 | M | | |
| 915. | | | | | Sold (part) | 07/27/18 | N | | |
| 916. | | | | | Sold | 08/16/18 | M | | |
| 917. Qiualcomm Common Stock | A | Dividend | | | Buy | 01/31/18 | L | | |
| 918. | | | | | Buy (add'l) | 03/07/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

08/18/2019

Page 58 of 61

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 03/07/18 | L | | |
| 920. | | | | | Sold (part) | 03/23/18 | M | | |
| 921. | | | | | Sold | 04/02/18 | M | | |
| 922. SNAP Common Stock | | None | | | Buy | 07/09/18 | L | | |
| 923. | | | | | Sold | 07/27/18 | L | | |
| 924. Stanley Black & Decker Common Stock | A | Dividend | | | Buy | 01/05/18 | M | | |
| 925. | | | | | Buy (add'l) | 01/12/18 | M | | |
| 926. | | | | | Sold (part) | 01/12/18 | M | A | |
| 927. | | | | | Buy (add'l) | 01/16/18 | M | | |
| 928. | | | | | Sold (part) | 01/17/18 | M | A | |
| 929. | | | | | Sold | 02/26/18 | M | | |
| 930. | | | | | Buy | 05/07/18 | M | | |
| 931. | | | | | Sold | 05/15/18 | M | | |
| 932. | | | | | Buy | 05/15/18 | M | | |
| 933. | | | | | Sold (part) | 05/25/18 | L | | |
| 934. | | | | | Buy (add'l) | 05/31/18 | L | | |
| 935. | | | | | Sold (part) | 07/18/18 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. | | | | | Sold (part) | 07/25/18 | L | | |
| 937. | | | | | Sold (part) | 08/06/18 | L | | |
| 938. | | | | | Sold (part) | 08/14/18 | L | | |
| 939. | | | | | Sold (part) | 08/15/18 | L | | |
| 940. | | | | | Sold | 09/12/18 | L | A | |
| 941. | | | | | Buy | 11/27/18 | M | | |
| 942. | | | | | Sold | 11/28/18 | M | B | |
| 943. Tesla Motors Commo Stock | | None | | | Buy | 08/14/18 | L | | |
| 944. | | | | | Sold | 08/15/18 | L | | |
| 945. Twitter Common Stock | | None | | | Buy | 01/03/18 | M | | |
| 946. | | | | | Sold | 02/05/18 | M | D | |
| 947. Valero Common Stock | | None | | | Buy | 01/31/18 | L | | |
| 948. | | | | | Sold | 02/09/18 | L | | |
| 949. | | | | | | | | | |
| 950. | | | | | | | | | |
| 951. | | | | | | | | | |
| 952. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Buchwald, Naomi R.

08/18/2019

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Buchwald, Naomi R.

08/18/2019

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 08/18/2019 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Naomi R. Buchwald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544